IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00219-CV

 

Marvin Wade,

                                                                      Appellant

 v.

 

Frank Wade, et al.,

                                                                      Appellees

 

 

 



From the 66th District Court

Hill County, Texas

Trial Court # 36622

 



MEMORANDUM 
Opinion



 








        This appeal concerns a declaratory judgment action.  The trial court rendered summary judgment for
Appellees.  We will affirm.

      Appellant
contends that he was deprived of a jury trial by virtue of the trial court’s
granting summary judgment.  Yet the only
actions of the trial court of which Appellant complains are the denial of a
motion for continuance and the failure to file findings of fact and conclusions
of law.  The trial court did not err in
denying Appellant’s motion for continuance, which was not supported by
affidavit.  See Tex. R. Civ. P. 251-252;
Tenneco Inc. v. Enter. Prods. Co., 925 S.W.2d 640, 647 (Tex. 1996). 
The trial court did not err in not filing findings of fact and
conclusions of law after rendering summary judgment.  See IKB
Indus. (Nig.) Ltd. v. Pro-Line Corp., 938 S.W.2d 440, 441-42 (Tex. 1997). 
The granting of a summary judgment does not improperly deprive a party
of the right to a jury trial.  Springer v. Am. Zurich Ins. Co., 115
S.W.3d 582, 587 (Tex. App.—Waco 2003, pet. denied); see City of Houston v. Clear
Creek Basin Auth., 589 S.W.2d 671, 678
n.5 (Tex. 1979).  We overrule Appellant’s
issue.  We affirm the judgment.

TOM
GRAY

Chief Justice

Before Chief Justice Gray,

      Justice
Vance, and

      Justice Reyna

Opinion
delivered and filed September 29, 2004

Affirmed

[CV06]